UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| HH3 TRUCKING, INC | ) | CASE NO: 05-73015 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

NOTICE OF MOTION TO PAY AUCTIONEER

THE TRUSTEE, BERNARD J. NATALE, has filed papers with the Court for the:

MOTION TO PAY AUCTIONEER

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)  If you desire a copy of the  Motion , please contact the undersigned and one will be sent to you.

If you do not want the Court to grant the Motion and want the Court to consider your views on said Motion, you or your attorney must:

1. File a written response to the above Motion or before the date set for the hearing on the Motion at the U.S. Bankruptcy Court, 211 S. Court Street, Rockford, IL; OR
2. Attend the hearing scheduled to be held May 9, 2007 @ 9:30 AM In the United States Bankruptcy Court, 211 S. Court Street, Rockford, Illinois.

If you mail your Response to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above.

You must also mail a copy to:    BERNARD J NATALE, LTD
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

If you or your attorney do not take these steps, the court may decide that you do not oppose the Motion and grant the same.

Date: April 19, 2007

/S/  BERNARD J NATALE
BERNARD J. NATALE
6833 Stalter Drive, Ste 201
Rockford, Illinois 61108

PROOF OF SERVICE

STATE OF ILLINOIS        )
                         )  SS
COUNTY OF WINNEBAGO      )

     The undersigned, being first duly sworn on oath deposes and states that she served the attached MOTION TO PAY AUCTIONEER by placing a true and correct copy of said notice in each envelope, addressed as attached:

     SEE MATRIX (EXCEPT AS TO THOSE PARTIES TO RECEIVE ELECTRONIC NOTICE AS STATED IN THE U S BANKRUPTCY CLERK'S RECIEPT).

     That she sealed said envelopes and placed sufficient U.S. postage on them; that she deposited said envelopes so sealed and stamped in the United States Mail at Rockford, Illinois, at or about the hour of 5:00 p.m. on the 19th day of April, 2007.

     /s/ Denise Bennett

Subscribed and sworn to before me this
19th day of April, 2007.

/s/   Judie Lindo-Moss_____
Notary Public

My commission expires January 19, 2010

NATIONAL CITY BANK
120 WEST STATE ST
ROCKFORD IL 61101

ILLINOIS DEPT OF REVENUE
BANKRUPTCY SECTION
100 W RANDOLPH – LEVEL 7 400
CHICAGO IL 60601

INTERNAL REVENUE SERVICE
ATTN: SB/SE CH 11 5014 CHI
230 S DEARBORN
CHICAGO IL 60604

ARTHUR JOHNSON
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

REGGIE NORRIS
321 CAMERON APT 3B
ROCKFORD IL 61102

CHARLES MYLES
% MARC M PEKAY
30 N LASALLE ST, STE 2426
CHICAGO IL 60602

CLARENCE BUSKOHL
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

DENNIS TENNER
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

GUY PARTREE
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

KEITH CANDLEY
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

KELLEY WILLIAMSON CO
1132 HARRISON AVE
ROCKFORD IL 61104

LOWRY & HARDYMAN
202 WEST STATE ST #400
ROCKFORD IL 61110

MARKFREEMAN
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

MELVIN WOODFROD
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

NATIONAL LABOR RELATIONS BOARD
% NICHOLAS M OHANESIAN, ESQ
300 HAMILTON BLVD #200
PEORIA IL 61602

PHIL'S POWER PLUS INC
2305 KISHWAUKEE ST
ROCKFORD IL 61104

SCOTT KAISER
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

SEARS CARD
PAYMENT CENTER
P O BOX 182156
COLUMBUS OH 43218-2156

WILLIAM & GRETCHEN HUDSON
1419 MICHIGAN AVE
ROCKFORD IL 61102

WILLIAM HARRIS
% MARC M PEKAY
30 N LASALLE ST , STE 2426
CHICAGO IL 60602

PETER CRANE
6960 RYDBERG ROAD
ROCKFORD IL 61109

MONTE CRANE
1520 CHRISTINA ST
ROCKFORD IL 61104

TERRY WALKER
2474 EGGLESTON AVENUE
ROCKFORD IL 61109

HH3 TRUCKING INC
% GEORGE HAMPILOS
308 W STATE ST, STE 210
ROCKFORD IL 61101

U S TRUSTEE
780 REGENT ST, STE 304
MADISON WI 53715

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | IN BANKRUPTCY |
| | ) | |
| HH3 TRUCKING, INC | ) | CASE NO: 05-73015 |
| | ) | |
| DEBTOR(S) | ) | CHAPTER 7 |

## MOTION TO PAY AUCTIONEER

NOW COMES the Trustee, BERNARD J. NATALE, and moves the Court for an entry of an Order authorizing payment to Action Auctioneering, Terry Firch in the sum of $108.00 for fees as a result of sale of personal property of the Estate and in support thereof states as follows:

1. That the Court has previously approved the employment of Terry Firch of Action Auctioneering to conduct a sale of motor vehicles of the Debtor.

2. Attached hereto, marked Exhibit A and made a part hereof, is a Final Settlement Statement from Action Auctioneering requesting fees of 6% of the gross sale proceeds of the final dump trailer for $1,800.00 or $108.00.

WHEREFORE, Trustee prays this Court approves the entry of an Order authorizing Trustee to pay Terry Firch, Action Auctioneering the sum of $108.00 as and for fees incurred as a result of the sale of motor vehicles.

DATED: April 19, 2007

/s/   BERNAD J NATALE
BERNARD J NATALE, TRUSTEE FOR THE
ESTATE OF HH3 TRUCKING, INC

PREPARED BY:
BERNARD J. NATALE
BERNARD J NATALE, LTD
6833 STALTER DR STE 201
ROCKFORD, ILLINOIS 61108
PHONE: (815) 964-4700
FAX: (815) 227-5532