**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE:<br>HH3 TRUCKING, INC<br><br>Debtor(s) | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-73015 MB<br><br>HONORABLE MANUEL BARBOSA |

## TRUSTEE'S FINAL REPORT

To:   THE HONORABLE MANUEL BARBOSA, BANKRUPTCY JUDGE
       FOR THE UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
       WESTERN DIVISION

NOW COMES <u>BERNARD J. NATALE</u>, Trustee herein, and respectfully submits to the Court and to the United States Trustee his/her Final Report and Account in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on <u>06/15/05</u>. The Trustee was appointed on <u>06/15/05</u>. The Trustee's case bond is in the amount of $<u>0.00</u>.

2. The Trustee certifies that he/she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is <u>2,300.00</u>. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.  A summary of the Trustee's Final Report as of 02/11/08 is as follows:

    a. RECEIPTS (See Exhibit C) $ 49,153.05

    b. DISBURSEMENTS (See Exhibit C) $ 10,637.07

    c. NET CASH available for distribution $ 38,515.98

    d. TRUSTEE/PROFESSIONAL COSTS

      1. Trustee compensation requested (See Exhibit E) $ 5,665.31

      2. Trustee Expenses (See Exhibit E) $ 0.00

      3. Compensation requested by attorney or other professionals for trustee (See Exhibit F) $ 17,832.92

    e. Illinois Income Tax for Estate (See Exhibit G) $ _____

5.  The Bar Date for filing unsecured claims expired on 06/02/06. The DIP report was filed on N/A. The Bar Date for filing DIP claims expired on N/A.

6.  All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a. Allowed unpaid secured claims $ 0.00

    b. Chapter 7 Administrative and 28 U.S.C. §1930 claims $ 24,056.30

    c. Allowed Chapter 11 Administrative Claims $ 8,594.93

    d. Allowed priority claims $ 21,174.15

    e. Allowed unsecured claims $ 276,919.58

    f. Surplus return to debtor $ 0.00

7.  Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.  Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $2,849.00. Trustee's attorneys, accountants, or other professionals fees and expenses requested but not yet allowed is $9,179.99. The total of Chapter 7 professional fees and

expenses requested for final allowance is $<u>9,179.99</u>.

9.  A fee of $<u>6,600.00</u> was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

10.  A fee of $0.00 was paid to a bankruptcy petition preparer for services rendered in connection with this case, and no basis appears to request an examination of these fees pursuant to 11 U.S.C. §110(h)(3).

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b).  The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated:  <u>February 11, 2008</u>           RESPECTFULLY SUBMITTED,

By: <u>**/S/ BERNARD J NATALE**</u>
    BERNARD J. NATALE, Trustee
    BERNARD J NATALE, LTD
    6833 STALTER DRIVE
    SUITE 201
    ROCKFORD, IL  61108
    Telephone # (815) 964-4700

**TASKS PERFORMED BY TRUSTEE - HH3 TRUCKING, INC**

The trustee conducted a first meeting of creditors. An initial report of trustee in an asset case was requested. Estate records were maintained. Throughout case administration annual reports have been prepared for the U S Trustee.

Strategies for liquidation of assets was discussed with an auctioneer.

Production of docuemnts and information was sought from DIP counsel and corporate officer's personal counsel and reviewed as produced.

Tax returns were reviewed.

Claims were examined.

A final report was prepared. Upon approval of the report, distribution will be made to creditors. Thereafter, a final account will be prepared to close the case file.

**EXHIBIT A**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 05-73015 MB  
**Case Name:** HH3 TRUCKING, INC  

**Period Ending:** 02/11/08

**Trustee:** (330370)  BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/28/05 (c)  
**§341(a) Meeting Date:** 02/23/06  
**Claims Bar Date:** 06/02/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | BLACKHAWK BANK CHECKING - DIP ACCT | 1,900.00 | 1,900.00 | | 2,293.00 | FA |
| 2 | BANK ONE CHECKING | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | COIN COLLECTION - 239 SILVER DOLLARS | 900.00 | 900.00 | | 2,579.00 | FA |
| 4 | 1980 MACK SEMI 4 | 4,200.00 | 4,200.00 | | 3,900.00 | FA |
| 5 | 1986 FREIGHTLINER SEMI | 3,600.00 | 3,600.00 | | 4,050.00 | FA |
| 6 | 1989 KENWORTH T800 | 4,000.00 | 4,000.00 | | 4,300.00 | FA |
| 7 | 1995KENWORTH T8005 | 5,000.00 | 5,000.00 | | 8,500.00 | FA |
| 8 | 1996 KENWORTH T800 (DAMAGED) | 2,500.00 | 0.00 | | 4,400.00 | FA |
| 9 | FLUHAUL TRAILER | 3,700.00 | 3,700.00 | | 1,800.00 | FA |
| 10 | TWO TRAILERS | 8,000.00 | 8,000.00 | | 14,700.00 | FA |
| 11 | COMPUTER, PRINTER, FAX, DESK AND CHAIR | 500.00 | 500.00 | DA | 0.00 | FA |
| 12 | TOOLS, COMPRESSOR, JACKS, SPARE TIRE, BAT CHRGR | 1,800.00 | 1,800.00 | DA | 0.00 | FA |
| 13 | TAX REFUND  (u) | 0.00 | 0.00 | | 2,105.27 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 525.78 | Unknown |
| 14 | **Assets**    Totals  (Excluding unknown values) | **$36,100.00** | **$33,600.00** | | **$49,153.05** | **$0.00** |

Printed: 02/11/2008 01:56 PM    V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 05-73015 MB  
**Case Name:** HH3 TRUCKING, INC  
**Period Ending:** 02/11/08

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 12/28/05 (c)  
**§341(a) Meeting Date:** 02/23/06  
**Claims Bar Date:** 06/02/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

   CLAIMS OBJECTIONS PENDING.  AWAITING FINAL TAX RETURN FROM ACCOUNT TO CLOSE CASE.
   TFR ORIGINALLY SENT ON NOVEMBER 27, 2007.  AFTER REVIEW REVISED FINAL REPORT SENT ON 02/11/08.

**Initial Projected Date Of Final Report (TFR):** December 31, 2006     **Current Projected Date Of Final Report (TFR):** February 11, 2008  (Actual)

Printed: 02/11/2008 01:56 PM    V.10.03

# FORM 2

### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-73015 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HH3 TRUCKING, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | 36-3195590 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/11/08 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/28/06 | {1} | HH3 TRUCKING, INC. | BALANCE IN DEBTOR IN POSSESSION ACCOUNT | 1129-000 | 2,293.00 | | 2,293.00 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 1.69 | | 2,294.69 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 1.94 | | 2,296.63 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 2.01 | | 2,298.64 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 1.95 | | 2,300.59 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 2.01 | | 2,302.60 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 2.02 | | 2,304.62 |
| 09/26/06 | {3} | MILLER AUCTION/MIKE MILLER | RECEIPTS FROM SALE OF 44 SILVER DOLLARS | 1129-000 | 445.00 | | 2,749.62 |
| 09/28/06 | {3} | ROCKFORD COIN & STAMP | PROCEEDS FROM SALE OF SILVER COINS | 1129-000 | 2,134.00 | | 4,883.62 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 1.91 | | 4,885.53 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.0300% | 1270-000 | 4.28 | | 4,889.81 |
| 11/13/06 | | ACTION AUCTIONEERING | PROCEEDS FROM SALE OF VEHICLES | | 37,459.00 | | 42,348.81 |
| | {4} | ACTION AUCTIONEERING | AUCTION PROCEEDS       3,900.00 | 1129-000 | | | 42,348.81 |
| | {5} | ACTION AUCTIONEERING | AUCTION PROCEEDS       4,050.00 | 1129-000 | | | 42,348.81 |
| | {6} | AUCTION AUCTIONEERING | AUCTION PROCEEDS       4,300.00 | 1129-000 | | | 42,348.81 |
| | {8} | ACTION AUCTIONEERING | AUCTION PROCEEDS       4,400.00 | 1129-000 | | | 42,348.81 |
| | {7} | ACTION AUCTIONEERING | AUCTION PROCEEDS       8,500.00 | 1129-000 | | | 42,348.81 |
| | {10} | ACTION AUCTIONEERING | AUCTION PROCEEDS - EAST TRAILER       7,800.00 | 1129-000 | | | 42,348.81 |
| | {10} | ACTION AUCTIONEERING | AUCTION PROCEEDS - HILBILT TRAILER       6,900.00 | 1129-000 | | | 42,348.81 |
| | | ACTION AUCTIONEERING | 6% COMMISSION FOR AUCTIONEER       -2,391.00 | 3610-000 | | | 42,348.81 |
| | | | **Subtotals :** | | **$42,348.81** | **$0.00** | |

{} Asset reference(s)

Printed: 02/11/2008 01:56 PM    V.10.03

**Form 2**

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 05-73015 MB | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HH3 TRUCKING, INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****76-65 - Money Market Account |
| Taxpayer ID #: | 36-3195590 | | Blanket Bond: | $1,500,000.00   (per case limit) |
| Period Ending: | 02/11/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0300% | 1270-000 | 21.04 | | 42,369.85 |
| 12/27/06 | | To Account #********7666 | PYMT OF ADMINISTRATIVE EXPENSES | 9999-000 | | 3,000.00 | 39,369.85 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  1.0300% | 1270-000 | 34.40 | | 39,404.25 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 35.47 | | 39,439.72 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 28.73 | | 39,468.45 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 30.80 | | 39,499.25 |
| 04/19/07 | {9} | ACTION AUCTIONEERING | SALE PROCEEDS - TRAILER | 1129-000 | 1,800.00 | | 41,299.25 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 32.37 | | 41,331.62 |
| 05/09/07 | | To Account #********7666 | TRANSFER TO PAY ADMIN RENT CLAIM OF P CRANE | 9999-000 | | 2,000.00 | 39,331.62 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 32.14 | | 39,363.76 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 29.70 | | 39,393.46 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 32.80 | | 39,426.26 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 31.80 | | 39,458.06 |
| 09/26/07 | | To Account #********7666 | Transfer to pay income taxes for 2006 | 9999-000 | | 5,000.00 | 34,458.06 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 28.35 | | 34,486.41 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.9500% | 1270-000 | 29.61 | | 34,516.02 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8200% | 1270-000 | 95.01 | | 34,611.03 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8200% | 1270-000 | 24.09 | | 34,635.12 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.5000% | 1270-000 | 21.66 | | 34,656.78 |
| 02/11/08 | {13} | UNITED STATES TREASURY | | 1224-000 ! | 2,105.27 | | 36,762.05 |

Subtotals :        **$4,413.24**        **$10,000.00**

{} Asset reference(s)           !-Not printed or not transmitted           Printed: 02/11/2008 01:56 PM        V.10.03

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 05-73015 MB  
**Case Name:** HH3 TRUCKING, INC  

**Taxpayer ID #:** 36-3195590  
**Period Ending:** 02/11/08  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****76-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 46,762.05 | 10,000.00 | $36,762.05 |
| | | | Less: Bank Transfers | | 0.00 | 10,000.00 | |
| | | | **Subtotal** | | 46,762.05 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$46,762.05** | **$0.00** | |

{} Asset reference(s)          !-Not printed or not transmitted          Printed: 02/11/2008 01:56 PM    V.10.03

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 05-73015 MB  
**Case Name:** HH3 TRUCKING, INC  

**Taxpayer ID #:** 36-3195590  
**Period Ending:** 02/11/08  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****76-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/27/06 |  | From Account #********7665 | PYMT OF ADMINISTRATIVE EXPENSES | 9999-000 | 3,000.00 |  | 3,000.00 |
| 12/27/06 | 101 | MAGGIO TRUCK CENTER INC | PYMT OF INVOICES 123766 ($2000) & 123768 ($250) | 2500-000 |  | 2,250.00 | 750.00 |
| 01/03/07 | 102 | ILLINOIS SECRETARY OF STATE | DUPLICATE TITLE FOR DUMP TRAILER VIN 1592A877<br>Voided on 02/20/07 | 2990-003 |  | 65.00 | 685.00 |
| 02/20/07 | 102 | ILLINOIS SECRETARY OF STATE | DUPLICATE TITLE FOR DUMP TRAILER VIN 1592A877<br>Voided: check issued on 01/03/07 | 2990-003 |  | -65.00 | 750.00 |
| 05/09/07 |  | From Account #********7665 | TRANSFER TO PAY ADMIN RENT CLAIM OF P CRANE | 9999-000 | 2,000.00 |  | 2,750.00 |
| 05/09/07 | 103 | PETER CRANE | PAYMENT OF ADMIN RENT CLAIM | 2410-000 |  | 1,000.00 | 1,750.00 |
| 05/10/07 | 104 | ACTION AUCTIONEERING | PYMT OF FEES PER ORDER ENTERED 05/09/07 | 3610-000 |  | 108.00 | 1,642.00 |
| 05/31/07 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73015, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided on 05/31/07 | 2300-003 |  | 34.45 | 1,607.55 |
| 05/31/07 | 105 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 05/31/2007 FOR CASE #05-73015, BOND # 016018067 CHAPTER 7 BLANKET BOND WISCONSIN (MADISON)/ILLI<br>Voided: check issued on 05/31/07 | 2300-003 |  | -34.45 | 1,642.00 |

**Subtotals:** $5,000.00  $3,358.00

{} Asset reference(s)

Printed: 02/11/2008 01:56 PM   V.10.03

## Form 2

Page: 5

### Cash Receipts And Disbursements Record

**Case Number:** 05-73015 MB  
**Case Name:** HH3 TRUCKING, INC  

**Taxpayer ID #:** 36-3195590  
**Period Ending:** 02/11/08  

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*76-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/07 | 106 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2007 FOR CASE #05-73015, BOND NO. 016018067 | 2300-000 | | 35.07 | 1,606.93 |
| 09/26/07 | | From Account #\*\*\*\*\*\*\*\*7665 | Transfer to pay income taxes for 2006 | 9999-000 | 5,000.00 | | 6,606.93 |
| 09/26/07 | 107 | U S TREASURY | Ref # 36-3195590 - 2006 Income Taxes for Bankruptcy Estate | 2810-000 | | 4,094.00 | 2,512.93 |
| 09/26/07 | 108 | ILLINOIS DEPARTMENT OF REVENUE | Ref # 36-3195590 2006 Income Taxes for Bankruptcy Estate | 2820-000 | | 409.00 | 2,103.93 |
| 10/23/07 | 109 | DP Accounting | Ref # 06 - 07 INCOME TAXES   Order Entered 10/22/07 | 3410-000 | | 350.00 | 1,753.93 |
| | | | **ACCOUNT TOTALS** | | 10,000.00 | 8,246.07 | **$1,753.93** |
| | | | Less: Bank Transfers | | 10,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 8,246.07 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$8,246.07** | |

{} Asset reference(s)

Printed: 02/11/2008 01:56 PM   V.10.03

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| Case Number: | 05-73015 MB | Trustee: | BERNARD J. NATALE (330370) |
| --- | --- | --- | --- |
| Case Name: | HH3 TRUCKING, INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | ***-*****76-66 - Checking Account |
| Taxpayer ID #: | 36-3195590 | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 02/11/08 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # ***-*****76-65 | 46,762.05 | 0.00 | 36,762.05 |
| Checking # ***-*****76-66 | 0.00 | 8,246.07 | 1,753.93 |
| | $46,762.05 | $8,246.07 | $38,515.98 |

{} Asset reference(s)

Printed: 02/11/2008 01:56 PM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN**

| | |
|---|---|
| IN RE: | |
| HH3 TRUCKING, INC | CHAPTER 7 -- Liquidation |
| | CASE NO. 05-73015 MB |
| Debtor(s) | HONORABLE MANUEL BARBOSA |

**DISTRIBUTION REPORT**

I, BERNARD J. NATALE, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 15,845.30 |
| Chapter 11 Administrative Expenses: | $ 8,594.93 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 14,075.75 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims (507(a)(8)): | $ 0.00 |
| Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 38,515.98 |

The balance on hand shown above should be distributed in accordance with 11 U.S.C. §726 as follows:

a. $15,845.30 for Chapter 7 administrative expenses allowed under §503(b) and fees under Chapter 123 of Title 28, not previously disbursed, including the Trustee compensation and reimbursement requests as follows:

**EXHIBIT D**

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 19 | Office of the U.S. Trustee | 1,000.00 | 1,000.00 |
| EXP | BERNARD J. NATALE, LTD. | 108.74 | 108.74 |
| ACCT | DP Accounting | 350.00 | 0.00 |
| ATTY | BERNARD J. NATALE, LTD. | 9,071.25 | 9,071.25 |
| AUCT | ACTION AUCTIONEERING | 108.00 | 0.00 |
| TRTE | BERNARD J. NATALE | 5,665.31 | 5,665.31 |
| 2006F | U S TREASURY | 4,094.00 | 0.00 |
| 2006S | ILLINOIS DEPARTMENT OF REVENUE | 409.00 | 0.00 |
| CRANE | PETER CRANE | 1,000.00 | 0.00 |
| MAGGIO | MAGGIO TRUCK CENTER INC | 2,250.00 | 0.00 |
|  |  | TOTAL | $ 15,845.30 |

b. $8,594.93 for Chapter 11 administrative expenses allowed under §503(b) as follows:

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 20 | George P. Hampilos | 5,522.33 | 5,522.33 |
| 21 | Peter DeBruyne | 2,672.60 | 2,672.60 |
| CRANE1 | PETER CRANE | 400.00 | 400.00 |
|  |  | TOTAL | $ 8,594.93 |

c. $14,075.75 for priority creditors, in the order specified in 11 U.S.C. §507(a)(2)-(9), itemized as follows:

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
|  |  | TOTAL | $ 0.00 |

**EXHIBIT D**

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 earned within 90 days of Petition: | $   12,763.44 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | INTERNAL REVENUE SERVICE | 842.85 | 842.85 |
| | INTERNAL REVENUE SERVICE | 171.33 | 171.33 |
| | INTERNAL REVENUE SERVICE | 40.07 | 40.07 |
| | ILLINOIS DEPARTMENT OF REVENUE | 82.90 | 82.90 |
| 1 | National Labor Relations Board | 1,626.29 | 1,626.29 |
| 1B | National Labor Relations Board | 10,000.00 | 10,000.00 |
| | TOTAL | $ | 12,763.44 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(4) - Contributions to Employee Benefit Funds up to the extent of $4,000 per individual: | $   7,236.56 | 18.13% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 1A | National Labor Relations Board | 7,236.56 | 1,312.31 |
| | TOTAL | $ | 1,312.31 |

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $   0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | TOTAL | $ | 0.00 |

**EXHIBIT D**

| 5. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 per individual: | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 6. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(7) -Claims for alimony, maintenance or support: | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 7. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| Taxes §724(b) - Tax Liens: | | $ | 0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL | $ | 0.00 |

| 8. | TYPE OF CLAIMS | | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|---|
| §507(a)(8) - Taxes - Unsecured Tax Claims excluding fines and penalties: | | $ | 1,174.15 | 0.00% |
| CLAIM NUMBER | CREDITOR | | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | INTERNAL REVENUE SERVICE | | 171.33 | 0.00 |
| | INTERNAL REVENUE SERVICE | | 40.07 | 0.00 |
| | INTERNAL REVENUE SERVICE | | 0.22 | 0.00 |

**EXHIBIT D**

|  |  | | |
|---|---|---:|---:|
|  | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | 27.63 | 0.00 |
| 3 | Department of the Treasury - IRS | 914.90 | 0.00 |
| 6 | Illinos Department of Revenue | 20.00 | 0.00 |
|  | TOTAL  $ |  | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
|  | §507(a)(9) - Capital Commitments to FDIC, reimbursement claims et al. | $        0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|  | TOTAL  $ |  | 0.00 |

d. $0.00 for general unsecured creditors who have filed claims allowed in the total amount of $276,919.58, yielding a dividend of 0.00% as itemized below:

| **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | $   276,919.58 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED REQUESTED** | **PROPOSED ALLOWANCE** |
|---|---|---:|---:|
| 1C | National Labor Relations Board | 132,750.48 | 0.00 |
| 2 | National Labor Relations Board | 41,458.64 | 0.00 |
| 3A | Department of the Treasury - IRS | 778.63 | 0.00 |
| 4 | Kelley Williamson Co. | 14,334.15 | 0.00 |
| 6A | Illinois Department of Revenue | 63.75 | 0.00 |
| 8 | Marc M. Pekay | 17,307.50 | 0.00 |
| 9 | Scott Kaiser | 6,397.87 | 0.00 |
| 10 | Melvin Woodfork | 4,963.12 | 0.00 |
| 11 | Keith Candley | 828.75 | 0.00 |
| 12 | William Harris | 3,870.00 | 0.00 |
| 13 | Guy Partee | 5,255.61 | 0.00 |
| 14 | Mark Freeman | 5,883.71 | 0.00 |
| 15 | Dennis Tenner | 7,247.60 | 0.00 |

**EXHIBIT D**

| | | | |
|---|---|---:|---:|
| 16 | Arthur Johnson | 6,541.90 | 0.00 |
| 17 | Clarence Buskohl | 7,772.87 | 0.00 |
| 18 | Charles Myles | 21,465.00 | 0.00 |
| | | TOTAL    $ | 0.00 |

e. $0.00 for tardily filed unsecured claims allowed in the total amount of $0.00 yielding a dividend of 0.00% as itemized below:

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(3) - Late unsecured claims | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

f. $0.00 for fines and penalties

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

g. $0.00 for interest

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---:|---:|
| §726(a)(5) - Interest | $         0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---:|---:|
| | | TOTAL    $ | 0.00 |

h. $0.00 Subordinated General Unsecured Claims

**EXHIBIT D**

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Subordinated General Unsecured Claims | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

    i. $0.00 to the Debtor

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

    j. $0.00 for secured creditors

| TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Creditors | $ 0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL | $ 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

**EXHIBIT D**

| | | | | |
|---|---|---|---|---|
| Unsecured | 5 | National City Bank<br>c/o Weltman, Weinberg & Reis Co.,<br>10  S LaSalle St   Ste 900<br>Chicago, IL  60603-1016 | $ 11,604.97 | **BARRED** |
| Unsecured | 7 | Illinos Department of Revenue<br>Bankruptcy Section<br>100 W Randolph Level 7-400<br>Chicago, IL  60601- | $         83.75 | **DENIED** |
| Unsecured | 22 | Peter Crane<br>6960 Rydberg Rd<br>Rockford, IL  61109- | $     1,400.00 | **DENIED** |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATE   FEBRUARY 11, 2008       **/S/ BERNARD J NATALE**
D:

                                                     BERNARD J. NATALE, Trustee

**EXHIBIT D**