Case Name: HH3 Trucking, Inc.
Case No:    05-73015

## **CERTIFICATION OF REVIEW**

The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: March 7, 2008                WILLIAM T. NEARY
                                    United States Trustee, Region 11


                        BY:    *Carole J. Ryczek*
                               CAROLE J. RYCZEK
                               Attorney for the U.S. Trustee