IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN

| | |
|---|---|
| IN RE:<br>HH3 TRUCKING, INC<br><br>Debtor(s)<br><br>Social Security/Employer Tax ID Number: xx-xxx5590 | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-73015 MB<br><br>HONORABLE MANUEL BARBOSA |

## NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR <u>COMPENSATION, (AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE)</u>

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held
    At:   U.S. BANKRUPTCY COURT
          211 South Court Street, Room 220
          Rockford, IL  61101

    on:   April 2, 2008
    at:   9:30 a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| George P. Hampilos<br>Trustee/DIP Attorney CH 11 | $    0.00 | 5,522.33 | |
| Peter DeBruyne<br>Special Counsel CH 11 | $    0.00 | 2,672.60 | |
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $    0.00 | | 108.74 |
| DP Accounting<br>Trustee's Accountant | $    350.00 | 0.00 | |

| | | | |
|---|---|---|---|
| BERNARD J. NATALE, LTD.<br>Trustee's Firm Legal | $ | 0.00 | 9,071.25 |
| ACTION AUCTIONEERING *** See Note Page 2<br>Auctioneer | $ | 108.00 | 0.00 |
| BERNARD J. NATALE<br>Trustee | $ | 0.00 | 5,665.31 |

4. The Trustee's Final Report shows total:

   a. Receipts                                $            49,153.05

   b. Disbursements                           $            10,637.07

   c. Net Cash Available for Distribution     $            38,515.98

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens, priority claims, secured claims, and court costs which must be paid in advance of general unsecured creditors have been allowed in the amount of $30,327.15. Assuming that all fees, compensation and expenses are allowed in the amounts requested, this leaves the total amount of $0.00, to be distributed to the general unsecured creditors whose claims have been allowed. The total amount of unsecured claims which will share in the distribution is $276,919.58, resulting in an approximate distribution of 0.00% to unsecured creditors, plus interest.

6. The Trustee proposed to abandon the following property at the hearing:

   See assets described as property to be abandoned at case closing in Form 1 attached as Exhibit B.

DATE: February 11, 2008           For the Court,

                                  By:/s/ BERNARD J NATALE

                                       Trustee

NOTE: THE AUCTIONEER PREVIOUSLY WAS PAID $2,391.00 IN FEES ON 11/13/06 FROM PROCEEDS FROM SALE HELD ON NOVEMBER 2, 2006. ORDER WAS ENTERED ON DECEMBER 6, 2006 APPROVING PAYMENT OF THESE FEES NUNC PRO TUNC.

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-3           User: cbachman                Page 1 of 2                 Date Rcvd: Mar 11, 2008
Case: 05-73015                 Form ID: pdf002               Total Served: 36

The following entities were served by first class mail on Mar 13, 2008.
db          +HH3 Trucking Inc,    1419 Michigan Avenue,    Rockford, IL 61102-3045
aty         +George P Hampilos,    Schirger, Monteleone, Hampilos,    308 West State Street,    Suite 210,
              Rockford, IL 61101-1140
tr          +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
9456943     +Arthur Johnson,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,
              Chicago, IL 60602-2504
9547271     +Capital One,    POB 60000,    Seattle, WA 98190-6000
9456944     +Charles Myles,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,    Chicago, IL 60602-2504
9456945     +Clarence Buskohl,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,
              Chicago, IL 60602-2504
9456946     +Dennis Tenner,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,    Chicago, IL 60602-2504
10724800    +George P. Hampilos,    Schirger Monteleone & Hampilos, PC,    308 W. State St. #210,
              Rockford, IL 61101-1140
10462042    +Guy Partee,    c/o Marc M. Pekay, P.C.,    30 N. LaSalle St., Ste. 2426,    Chicago, IL 60602-2504
9456947     +Guy Partee,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,    Chicago, IL 60602-2504
9588774    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury - IRS,    230 S. Dearborn,    Stop 5016-CHI,
              Chicago, IL 60604)
9547270    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
              Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9582751     +Idala H Strouse,    30 No LaSalle Street  Ste 2426,    Chicago, Il 60602-2504
9547269      Illinos Department of Revenue,    Bankruptcy Section,    100 W Randolph Level 7-400,
              Chicago, IL 60601
9456948     +Keith Candley,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,    Chicago, IL 60602-2504
9456949     +Kelley Williamson Co.,    1132 Harrison Ave.,    Rockford, IL 61104-7290
9547272     +Lowry & Hardyman,    202 West State St #400,    Rockford, Il 61101-1116
10461732    +Marc M. Pekay,    30 N. LaSalle St., Ste. 2426,    Chicago, IL 60602-2504
9456950     +Mark Freeman,    % Marc M. Pekay, P.C.,    30 North LaSalle St., Suite 2426,
              Chicago, IL 60602-2504
9456951     +Melvin Woodford,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,
              Chicago, IL 60602-2504
10462016    +Melvin Woodfork,    C/o Marc M. Pekay, P.C.,    30 N. LaSalle St., Ste. 2426,
              Chicago, IL 60602-2504
9652769     +National City Bank,    c/o Weltman, Weinberg & Reis Co., L.P.A.,    1419 Lake Cook Road,
              Suite 480,    Deerfield, IL 60015-5228
9547268     +National City Bank,    120 West State Street,    Rockford, IL 61101-1143
9546393     +National Labor Relations Board,    Will J Vance, Officer in Charge,    300 Hamilton Blvd. Ste 200,
              Peoria, IL 61602-1234
9546382     +Nicholas M Ohanesian,    300 Hamilton Blvd-Suite 200,    Peoria, IL 61602-1234
10561091    +Office of the U.S. Trustee,    780 Regent Street,,    Suite 304,    Madison, WI 53715-2635
10791084    +Peter Crane,    6960 Rydberg Rd,    Rockford IL 61109-4973
10724801    +Peter DeBruyne,    838 North Main Street,    Rockford, IL 61103-6976
9547273     +Phil's Power Plus Inc,    2305 Kishwaukee Street,    Rockford, IL 61104-7005
9546383     +Richard S Andrews,    200 West Adams Suite 800,    Chicago, IL 60606-5220
9456942     +Schirger Monteleone & Hampilos PC,    308 W State Street #210,    Rockford, IL 61101-1140
9456952     +Scott Kaiser,    % Marc M. Pekay, P.C.,    30 N. LaSalle Street, Suite 2426,
              Chicago, IL 60602-2504
9456953      Sears Card,    Payment Center,    P.O. Box 182156,    Columbus, OH  43218-2156
9456954     +William & Gretchen Hudson,    1419 Michigan Ave.,    Rockford, IL 61102-3045
9456955     +William Harris,    % Marc M. Pekay, P.C.,    30 N. LaSalle St., Suite 2426,
              Chicago, IL 60602-2504
The following entities were served by electronic transmission.
NONE.                                                                                               TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bernard J Natale,    Bernard J. Natale, Ltd.,    6833 Stalter Drive,    Suite 201,
              Rockford, IL 61108-2582
aty*        +Peter Debruyne,    838 North Main St,    Rockford, IL 61103-6976
9456941*    +HH3 Trucking Inc,    1419 Michigan Avenue,    Rockford, IL 61102-3045
                                                                                               TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3         User: cbachman          Page 2 of 2              Date Rcvd: Mar 11, 2008
Case: 05-73015               Form ID: pdf002         Total Served: 36
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2008**            **Signature:**    _Joseph Speetjens_