## REVISED POST - HEARING
## FINAL DISTRIBUTION

**Case Number:** 05-73015  
**Debtor Name:** HH3 TRUCKING, INC

Page: 1

**Date:** April 2, 2008  
**Time:** 01:54:13 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
|  | Funds on Hand |  |  |  |  |  | $38,539.18 |
| 19 | Office of the U.S. Trustee | Admin Ch. 7 | 1,000.00 | 0.00 | 1,000.00 | 1,000.00 | 37,539.18 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 108.74 | 0.00 | 108.74 | 108.74 | 37,430.44 |
| ACCT | DP Accounting | Admin Ch. 7 | 350.00 | 350.00 | 0.00 | 0.00 | 37,430.44 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 9,071.25 | 0.00 | 9,071.25 | 9,071.25 | 28,359.19 |
| AUCT | ACTION AUCTIONEERING | Admin Ch. 7 | 108.00 | 108.00 | 0.00 | 0.00 | 28,359.19 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 5,665.31 | 0.00 | 5,665.31 | 5,665.31 | 22,693.88 |
| 2006F | U S TREASURY | Admin Ch. 7 | 4,094.00 | 4,094.00 | 0.00 | 0.00 | 22,693.88 |
| 2006S | ILLINOIS DEPARTMENT OF REVENUE | Admin Ch. 7 | 409.00 | 409.00 | 0.00 | 0.00 | 22,693.88 |
| CRANE | PETER CRANE | Admin Ch. 7 | 1,000.00 | 1,000.00 | 0.00 | 0.00 | 22,693.88 |
| MAGGIO | MAGGIO TRUCK CENTER INC | Admin Ch. 7 | 2,250.00 | 2,250.00 | 0.00 | 0.00 | 22,693.88 |
|  | SUBTOTAL FOR | ADMIN CH. 7 | 24,056.30 | 8,211.00 | 15,845.30 | 15,845.30 |  |
| 20 | George P. Hampilos | Admin Ch. 11 | 5,522.33 | 0.00 | 5,522.33 | 5,522.33 | 17,171.55 |
| 21 | Peter DeBruyne | Admin Ch. 11 | 2,672.60 | 0.00 | 2,672.60 | 2,672.60 | 14,498.95 |
| CRANE1 | PETER CRANE | Admin Ch. 11 | 400.00 | 0.00 | 400.00 | 400.00 | 14,098.95 |
|  | SUBTOTAL FOR | ADMIN CH. 11 | 8,594.93 | 0.00 | 8,594.93 | 8,594.93 |  |
|  | ILLINOIS DEPARTMENT OF REVENUE | Priority | 82.90 | 0.00 | 82.90 | 82.90 | 14,016.05 |
|  | ILLINOIS DEPT. OF EMPLOYMENT SECURITY | Priority | 27.63 | 0.00 | 27.63 | 0.00 | 14,016.05 |
|  | INTERNAL REVENUE SERVICE | Priority | 842.85 | 0.00 | 842.85 | 842.85 | 13,173.20 |
|  | INTERNAL REVENUE SERVICE | Priority | 171.33 | 0.00 | 171.33 | 171.33 | 13,001.87 |
|  | INTERNAL REVENUE SERVICE | Priority | 40.07 | 0.00 | 40.07 | 40.07 | 12,961.80 |
|  | INTERNAL REVENUE SERVICE | Priority | 171.33 | 0.00 | 171.33 | 0.00 | 12,961.80 |
|  | INTERNAL REVENUE SERVICE | Priority | 40.07 | 0.00 | 40.07 | 0.00 | 12,961.80 |
|  | INTERNAL REVENUE SERVICE | Priority | 0.22 | 0.00 | 0.22 | 0.00 | 12,961.80 |
| 1 | National Labor Relations Board | Priority | 1,626.29 | 0.00 | 1,626.29 | 1,626.29 | 11,335.51 |
| 1A | National Labor Relations Board | Priority | 7,236.56 | 0.00 | 7,236.56 | 1,335.51 | 10,000.00 |
| 1B | National Labor Relations Board | Priority | 10,000.00 | 0.00 | 10,000.00 | 10,000.00 | 0.00 |
| 3 | Department of the Treasury - IRS | Priority | 914.90 | 0.00 | 914.90 | 0.00 | 0.00 |
| 6 | Illinois Department of Revenue | Priority | 20.00 | 0.00 | 20.00 | 0.00 | 0.00 |
|  | SUBTOTAL FOR | PRIORITY | 21,174.15 | 0.00 | 21,174.15 | 14,098.95 |  |
| 1C | National Labor Relations Board | Unsecured | 132,750.48 | 0.00 | 132,750.48 | 0.00 | 0.00 |
| 2 | National Labor Relations Board | Unsecured | 41,458.64 | 0.00 | 41,458.64 | 0.00 | 0.00 |
| 3A | Department of the Treasury - IRS | Unsecured | 778.63 | 0.00 | 778.63 | 0.00 | 0.00 |
| 4 | Kelley Williamson Co. | Unsecured | 14,334.15 | 0.00 | 14,334.15 | 0.00 | 0.00 |
| 5 | National City Bank | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

**REVISED POST - HEARING**
**FINAL DISTRIBUTION**

**Case Number:** 05-73015  
**Debtor Name:** HH3 TRUCKING, INC  
Page: 2  
**Date:** April 2, 2008  
**Time:** 01:54:14 PM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
| 6A | Illinos Department of Revenue | Unsecured | 63.75 | 0.00 | 63.75 | 0.00 | 0.00 |
| 7 | Illinos Department of Revenue | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 8 | Marc M. Pekay | Unsecured | 17,307.50 | 0.00 | 17,307.50 | 0.00 | 0.00 |
| 9 | Scott Kaiser | Unsecured | 6,397.87 | 0.00 | 6,397.87 | 0.00 | 0.00 |
| 10 | Melvin Woodfork | Unsecured | 4,963.12 | 0.00 | 4,963.12 | 0.00 | 0.00 |
| 11 | Keith Candley | Unsecured | 828.75 | 0.00 | 828.75 | 0.00 | 0.00 |
| 12 | William Harris | Unsecured | 3,870.00 | 0.00 | 3,870.00 | 0.00 | 0.00 |
| 13 | Guy Partee | Unsecured | 5,255.61 | 0.00 | 5,255.61 | 0.00 | 0.00 |
| 14 | Mark Freeman | Unsecured | 5,883.71 | 0.00 | 5,883.71 | 0.00 | 0.00 |
| 15 | Dennis Tenner | Unsecured | 7,247.60 | 0.00 | 7,247.60 | 0.00 | 0.00 |
| 16 | Arthur Johnson | Unsecured | 6,541.90 | 0.00 | 6,541.90 | 0.00 | 0.00 |
| 17 | Clarence Buskohl | Unsecured | 7,772.87 | 0.00 | 7,772.87 | 0.00 | 0.00 |
| 18 | Charles Myles | Unsecured | 21,465.00 | 0.00 | 21,465.00 | 0.00 | 0.00 |
| 22 | Peter Crane | Unsecured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
|  | SUBTOTAL FOR | UNSECURED | 276,919.58 | 0.00 | 276,919.58 | 0.00 |  |
| **<< Totals >>** | | | 330,744.96 | 8,211.00 | 322,533.96 | 38,539.18 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**          100.000000%  
**Administrative-Ch11**         100.000000%  
**Priority**                    66.585672%  
**Unsecured**                   0.000000%