**JPMorganChase**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

April 01, 2008 through April 30, 2008
Primary Account: **000312019707665**

**CUSTOMER SERVICE INFORMATION**

Service Center:  1-800-634-5273

00016771 DBI 802 24 12208 - NNNNN  1  000000000  66 0000
05-73015 HH3 TRUCKING INC
DEBTOR
330370 BERNARD NATALE TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## CONSOLIDATED BALANCE SUMMARY

### ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---:|---:|
| **Checking** | | |
| Bankruptcy Business Checking 000312019707666 | 1,753.93 | 0.00 |
| Total | $1,753.93 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market 000312019707665 | $36,784.98 | $0.00 |
| Total | $36,784.98 | $0.00 |
| **TOTAL ASSETS** | **$38,538.91** | **$0.00** |

**All Summary Balances** shown are as of April 30, 2008 unless otherwise stated.   For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements.   Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

Page 1 of 10